No. 984.  CITY AND COUNTY OF DENVER *v.* McGLONE ET AL.
April 22, 1946.  *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a properly presented federal question.  *Malcolm Lindsey* and *Thomas H. Gibson* for appellant.  *Walter W. Blood* and *Frank N. Bancroft* for appellees.

No. 592.  HELWIG *v.* UNITED STATES.

April 22, 1946.  *Per Curiam:* The petition for writ of certiorari is granted and the judgment of the Circuit Court of Appeals is vacated and the cause remanded to the Circuit Court of Appeals with directions to require the District Court to perfect the record.  Rule 39 of the Federal Rules of Criminal Procedure.  See *Miller v. United States,* 317 U. S. 192, 199–200.  Petitioner *pro se.* *Solicitor General McGrath* and *Robert S. Erdahl* for the United States.

No. 109, Misc.  IN RE MASSEY;
No. 110, Misc.  TOMPSETT *v.* HENDERSON, WARDEN;
No. 111, Misc.  IN RE KEMMERER; and
No. 112, Misc.  YOUNG *v.* SANFORD, WARDEN.  April 22, 1946.  The motions for leave to file petitions for writs of habeas corpus are denied.

No. 113, Misc.  McMAHAN *v.* HULEN, JUDGE; and
No. 114, Misc.  McMAHAN *v.* BENNETT, DIRECTOR, BUREAU OF PRISONS.  April 22, 1946.  The motions for leave to file petitions for writs of mandamus are denied.